IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON SMITH,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| JOHN E. WETZEL, et al.,<br>Respondents. | : | NO. 13-3646 |

## ORDER

**AND NOW**, this 14th day of May, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus, the response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of Smith's state appellate proceedings; and

3. Petitioner and Respondents **SHALL NOTIFY** the Court within thirty days of the conclusion of the state proceedings in his case so that the habeas petition may proceed in this Court.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.